UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

## Request and Order to Withdraw Warrant or Summons

| | | | |
|---|---|---|---|
| Name of Offender: | **Daniel Padilla** | Docket Number: | **2:21CR00068-001 JNP** |
| Name of Sentencing Judicial Officer: | **Honorable Jill N. Parrish**<br>**U.S. District Judge** | | |
| Date of Original Sentence: | **December 7, 2021** | | |
| Original Offense: | **Felon in Possession of a Firearm and Ammunition** | | |
| Original Sentence: | **12 Months 1 Day BOP Custody/ Three Years Supervised Release** | | |
| Type of Supervision: | **Supervised Release** | Current Supervision Began: | **May 17, 2022** |

### PETITIONING THE COURT

☒ To withdraw the warrant or summons issued May 27, 2022 as follows:

The defendant released from BOP custody on May 17, 2022, to begin a three-year term of supervised release. A warrant was requested by United States Probation on May 27, 2022, due to the defendant's failure to check in with United States Probation and no knowledge of his whereabouts. However, Mr. Padilla did come to the probation office on June 1, 2022, to check in for his supervision. He admitted that he failed to check in with probation upon his release and stated that he had relapsed using methamphetamine the day after his release. He did submit to a drug test that tested positive for methamphetamine and signed the acknowledgment form. He was scheduled to report to the probation office on Monday, June 6, 2022, for the supervision set up. Mr. Padilla reported to the probation office on June 6, 2022 and has again tested positive for methamphetamine and has signed an acknowledgment form admitting use on Saturday, June 4, 2022.

It is respectfully recommended that the warrant be withdrawn. Probation will be working with the defendant to provide treatment services and attempt to bring him into compliance.

If the Court desires more information or another course of action, please contact me at 801-535-2762.

I declare under penalty of perjury that the foregoing is true and correct.

by *Jody Gerber*
Jody Gerber
U.S. Probation Officer
Date: June 6, 2022

**THE COURT ORDERS:**

☒ To withdraw the warrant or summons issued May 27, 2022
☐ No action
☐ Other

*Jill N. Parrish*
Honorable Jill N. Parrish
United States District Judge

Date: 6/7/2022